**FILED**

**Jun 04, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KEVIN MCMAHAN,<br><br>                              Defendant. | CASE NO.  1:26-CR-00024-JLT-SKO<br><br>**ORDER TO PARTIALLY UNSEAL INDICTMENT** |

The United States, having arrested defendant Kevin McMahan on an arrest warrant, and the need for sealing of the Indictment having ceased only as to defendant Kevin McMahan;

IT IS ORDERED that the Indictment and arrest warrant shall be unsealed only as to defendant Kevin McMahan.

Dated:  **Jun 4, 2026**

HON. FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1