MAI SHAWWA, SBN# 236683
1226 L Street
Bakersfield, CA 93301
Telephone: (661) 348-4483
mai@shawwalaw.com

Attorney for KEVIN MCMAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MCMAHAN,<br><br>Defendant. | Case No. 1:26-cr-00024-JLT-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

The parties agree to continue the status conference in this matter that is scheduled for August 5, 2026, to November 4, 2026, at 2:00 p.m., before the Duty Magistrate Judge. The defense counsel requires more time to review the discovery so that she can engage in meaningful plea negotiations with the government.

The parties stipulate that the period of time from August 5, 2026**,** through November 4, 2026**,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

IT IS SO STIPULATED.

Dated: July 31, 2026

*/s/ Mai Shawwa*
Mai Shawwa
Counsel for Kevin McMahan

Dated: July 31, 2026

*/s/ Chan Hee Chu*
Chan Hee Chu
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this matter for August 5, 2026, is continued until November 4, 2026, at 1:00 p.m. in courtroom 9 before Magistrate Judge Boone.

IT IS FURTHER ORDERED THAT the period of time from August 5, 2026, through November 4, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **August 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge