MAI SHAWWA, SBN# 236683

1226 L Street
Bakersfield, CA 93301
Telephone: (661) 348-4483
mai@shawwalaw.com

Attorney for KEVIN MCMAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MCMAHAN,<br><br>Defendant. | Case No. 1:26-cr-00024-JLT-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

The parties agree to continue the status conference in this matter that is scheduled for November 4, 2026, to January 20, 2027, at 1:00 p.m., before the Duty Magistrate Judge. The defense counsel requires more time to review the discovery so that she can engage in meaningful plea negotiations with the government.

The parties stipulate that the period of time from November 4, 2026, through January 20, 2027, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

IT IS SO STIPULATED.

Dated: November 2, 2026

*/s/ Mai Shawwa*
Mai Shawwa
Counsel for Kevin McMahan

Dated: November 2, 2026

*/s/ Chan Hee Chu*
Chan Hee Chu
Assistant United States Attorney

# ORDER

Upon the parties' stipulation, the Court finds no good cause to continue the status conference. The stipulation submitted here is identical in wording proffered in August 3 2026 stipulation to continue the status conference to the November 4, 2026. (ECF 25) Additionally, the stipulation is not timely submitted as the Court requires at least one week prior to the hearing for the request to be submitted, not one day prior to the hearing. Therefore, the stipulation and request for continuance is DENIED. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge